■ In the Matter of PAUL DAVIS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see,* Executive Law § 259-i [3] [f] [i]; *People ex rel. Racona v Hammock,* 115 AD2d 306; *Matter of Moulier v Smith,* 115 AD2d 307). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J. —art 78.) Present—Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.